ATTORNEY GRIEVANCE COMMISSION     \*     IN THE
OF MARYLAND                                   COURT OF APPEALS

Petitioner,                   \*     OF MARYLAND

v.                                \*     Misc. Docket AG Nos. 34 & 60

MAXWELL CLIFFORD COHEN         \*     September Term, 2017

Respondent.                  \*

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Maxwell Clifford Cohen, to indefinitely suspend the Respondent from the practice of law with the right to seek reinstatement in 60 days. The Court having considered the Petition and the record herein, it is this 12th day of June, 2018:

ORDERED, that the Respondent, Maxwell Clifford Cohen, be indefinitely suspended from the practice of law in the State of Maryland with the right to petition for reinstatement in 60 days for violation of Rules 1.4, 1.5, 1.15(c), 5.4, 8.4(a) and (d) of the Maryland Rules of Professional Conduct and Maryland Rules 19-404 and 19-407; and it is further

ORDERED, that the Clerk of this Court shall enter a judgment of costs in favor of the Petitioner and against the Respondent in the amount of Four Hundred Sixteen Dollars and 40/100 ($416.40); and it is further

ORDERED, that the Clerk of this Court shall remove the name of Maxwell Clifford Cohen from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).

/s/ Clayton Greene Jr.
Senior Judge